IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CRYPTOCURRENCY SEIZED<br>FROM BINANCE ACCOUNT<br>USER ID 505137746,<br><br>    Defendant. | Case No. 3:24-CV-202-NJR |

## JUDGMENT AND DECREE FOR FORFEITURE

**ROSENSTENGEL, Chief Judge:**

Pending before the Court is the Motion for Judgment and Decree for Forfeiture filed by Plaintiff United States of America. (Doc. 9). On January 30, 2024, the United States of America filed a Verified Complaint for Forfeiture against Defendant, described as Cryptocurrency Seized from Binance Account User ID 50513746. (Doc. 1). The Complaint alleges the currency constitutes or is derived from proceeds traceable to violations of 18 U.S.C. § 1343 and 18 U.S.C. §§ 1956 and 1957, and is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

After process was fully issued and returned according to law, a warrant of arrest was issued by the Clerk of Court, and the United States Secret Service seized the property on November 8, 2023 (Doc. 5). Notice of this action was also published on an official government website (www.forfeiture.gov) for at least 30 consecutive days, beginning March 16, 2024. (Doc. 6). On May 30, 2024, the Clerk of Court entered default as to Kusam Kumari and all interested parties. (Doc. 8).

Pursuant to Federal Rule of Civil Procedure 55(b), the Motion for Judgment and Decree of Forfeiture (Doc. 9) is **GRANTED**, and default judgment is entered against all interested parties and in favor of Plaintiff United States of America. The property, described as Cryptocurrency Seized from Binance Account User ID 505137746, is **ORDERED** forfeited to the United States of America and no right, title, or interest in the property shall exist in any other party. The Defendant property shall be disposed of according to law by the property custodian for the United States Secret Service.

**IT IS SO ORDERED.**

DATED:   June 21, 2024

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**